**SO ORDERED.**
**SIGNED this 17th day of July, 2014**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

RITA SUE INMAN

Case No. 14-30669

Debtor

### O R D E R

The court, on its own motion, directs that the Debtor appear on July 31, 2014, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why her bankruptcy case should not be dismissed for her failure to pay the fourth installment of her filing fee in the amount of $76.50 due by July 3, 2014, as directed by the court in an Order entered on March 6, 2014. *See* 11 U.S.C. § 707(a)(2).

###